IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ZACHARY WOOTEN,<br><br>             Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br>a Delaware corporation,<br><br>             Defendant. | CV 16-139-M-DLC-JCL<br><br>ORDER |

      Plaintiff Zachary Wooten moves for the admission of John D. Magnuson to practice before this Court in this case with William Jungbauer to act as local counsel. Mr. Magnuson's application appears to be in order.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Mr. Magnuson pro hac vice is GRANTED on the condition that Mr. Magnuson shall do his own work. This means that Mr. Magnuson must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

      IT IS FURTHER ORDERED that this Order is subject to withdrawal unless

Mr. Magnuson, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 20th day of December, 2016.

/s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge