IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| ZACHARY WOOTEN, | CV 16-139-M-DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| BNSF RAILWAY COMPANY, a Delaware Corporation, | |
| Defendant. | |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED this 29th day of October, 2018.

Dana L. Christensen, Chief Judge
United States District Court