# 2015 Performance and Development Review for James M Pino

**Employee Information**

First Name: James
Last Name: Pino
Title: Supt Operations II
Department: OPERATIONS
Reports to: Dan A Fransen

PREMOCK
Exhibit No. 207
05/30/18      KRB





| Individual Business Objectives |
| --- |

| 2.1 Safety |
| --- |

**Category:** Individual Business Objectives
**Objective Description and Measure(s):**  Achieve Reportable Frequency Ratio    **Start Date :** 01/01/2015
 Achieve Severity Ratio
 Achieve Total Frequency Ratio
 Human Factor Incidents – 15% Reduction
 Decertifications – 15% Reduction
 Lineups – Meet CPA / TPA Targets
o CPA – 85%
o Origin TPA – 80%
 12 Hour Crews –
• Thru – 8%
• Local /Roadswitcher – 5%
• Yard – 1%
• Worktrain – 10%
 Ensure monthly oversight with MOP compliance
 Oversight in SIRP process – Interim Protection – Corrective Action - Out of Date SIRPs
 Work with Site Teams / MOS to focus on behavior based Safety
 Relationships
• Through train rides with all local, roadswitcher & yard jobs monthly (in their office)
• All testing requires contact with employee
• Recognition (formal / informal)
 Utilize Remote Desk as additional resource for testing on a Monthly basis
 Support Approaching Others initiative across the Division
Establish Predictive Work where available across the Division

**Due Date :** 12/31/2015

**Rating by Dan A Fransen:**                                             **Rating by James M Pino:**
Manager Rating: On Target                                         Self Rating: On Target
**Appraisal by James M Pino:**

<u>Safety</u>:

I believe Whitefish performed much better than the numbers reflect. Thus far in 2015 there were 8 total injuries with 3 reportable and 5 non reportable. These numbers are inflated by

*2015 Performance and Development Review for James M Pino*                         YJB - WOOTEN - 4459
Page 3 of 11
BNSF/Wooten (in-camera) - 207
0207-2

Case 9:16-cv-00139-DLC   Document 283-42   Filed 11/05/18   Page 3 of 4

3 asbestos related incidents that happened years earlier and also the numbers are inflated by an injury that was falsely reported. I was the lead on driving investigation and ultimately terminating the employee which I believe is the morale and ethical thing to do. This process was a hard process and had to be worked very thoroughly to ensure the employee was treated fail and impartial through the investigating process. It was ultimately proven in a formal investigation that the employee did in fact falsely report this injury and it is my hope our handling will drive integrity in future employee reporting.

Our team has kept focus by using RBOT to drive 200 and 100 series tests, planned blitzes with RFE and SOP, planned testing events to include invitation to division managers to drive support and continue to use speed sign to heighten awareness.

We have realized success on most territories for 2015 as the Kootenai River sub was able to reach 550 days injury free in 2015 and is currently 564 days HFI free, Hi Line reached 356 days injury free in 2015 but is now 116 days injury free. They would be approaching 1 year injury free if we consider the falsely reported injury. Our current HFI streak on the Hi Line is 211 days. The Copper City sub is currently realizing great success with 1382 days injury free and 282 days HFI free.

.

All territories are at a frequency ratio of 3.94 YTD vs 1.74 last year at this time with a 126% increase. Our severity ratio is 29.53 vs .0 last year. The biggest impact to our frequency ratio has been 3 non reportable injuries that are listed as cumulative trauma from working in the Libby Mine several years back.

We have seen great success with Human Factor Rail Incidents in 2015 with 4 total HFI events and ZERO reportable events. This measurement compares to 2014 with 13 total HFI events in 2014 and 2 of those being reportable. This is a 200% reduction in HFI's which is far better than any other team on the Montana Division. The actual savings in cost related to HFI year over year is $5K in 2015 vs $377K in 2014 for a $372K savings. This success was driven by focus in RBOT, clip on flag tests and focused test teams in the yard and 200 series focused tests on the mainline. We have also used the monthly goal sheet to track our success as well as build on it for future growth. We have just added employee recognition and signal awareness audits to be done monthly.

Other assets to driving safety in 2015 has been focus on building relationships and ensuring the concerns of our employees are our top priority. I have had several occasions where I have had to deal with employees pay, ordering of a van when someone dropped the ball, picking up a crew on the territory when van is not available, ensuring good claims are paid correctly and so on- I have made it known that there is no issue at Whitefish that I don't want to be involved in. This has earned me great credibility with the TY&E team and has helped vastly in the area of crew morale.

Other tools we have used to drive safety in 2015 have been to focus on short term goals, consistantly celebrating short term successes, safety slogan contest (big success), coloring contest to encourage slogan of "getting from the locker room to the living room" and we have posted coloring contest winner pictures in the shanty to make it personal. We have also used 12 hr crew initiatives such as STS tool, 6hr crew report, van communication, Essex radius van with focus on KESXESX, WESXESX to ensure crews are tied up on time.

*2015 Performance and Development Review for James M Pino*   YJB - WOOTEN - 4460 Page 4 of 11
BNSF/Wooten (in-camera) - 208
0207-3

We have also used safety marathons, briefings, OPT testing goals and audits, RBOT, SIRP priority and BST workshops to ensure we are reaching our employees in the field on a very consistant basis.

Appraisal by Dan A Fransen:

We are seen improvement in safety which would include reportable injuries along with our total injuries throughout 2015 and I believe we have had a very successful year. While we have to improve in our Human Factor Incidents we need to ensure we are identifying opportunities to improve in regards to running through switches and running over derails. Decertifications have been up on the Kootenai River this year but overall as a Division we have seen a lot of improvement. We have seen positive trends since the calling of signal came back. A lot of success with our 12 hour crews driven mainly on the through freight side but also over the last couple of months have seen an uptick for your territory; we need to get these back under control and learn to be more consistent. We are also seeing improvement in local, roadswitcher and work trains as well and you have done well on your territory.

