# 2015 Performance and Development Review for Dan A Fransen

**BNSF RAILWAY**

## Employee Information

| | |
|---|---|
| First Name: | Dan |
| Last Name: | Fransen |
| Title: | Gen Mgr Division Operations |
| Department: | OPERATIONS |
| Reports to: | Rance E Randle |

PREMOCK
Exhibit No. 208
05/30/18   KRB

## Introduction

[redacted]

[watermark: Wooten v. BNSF CONFIDENTIAL IN-CAMERA INSPECTION]



### 2.1 Safety

**Category:** Individual Business Objectives
**Objective Description and Measure(s):** Achieve Reportable Frequency Ratio
 Achieve Severity Ratio
 Achieve Total Frequency Ratio
 Human Factor Incidents – 15% Reduction
 Decertifications – 15% Reduction
 Lineups – Meet CPA / TPA Targets
o CPA – 85%
o Origin TPA – 80%
 12 Hour Crews –
• Thru – 8%
• Local /Roadswitcher – 5%
• Yard – 1%
• Worktrain – 10%
 Ensure monthly oversight with MOP compliance
 Oversight in SIRP process – Interim Protection – Corrective Action - Out of Date SIRPs
 Work with Site Teams / MOS to focus on behavior based Safety
 Relationships
• Through train rides with all local, roadswitcher & yard jobs monthly (in their office)
• All testing requires contact with employee
• Recognition (formal / informal)
 Utilize Remote Desk as additional resource for testing on a Monthly basis
 Support Approaching Others initiative across the Division
Establish Predictive Work where available across the Division

**Start Date :** 01/01/2015
**Due Date :** 12/31/2015

**Rating by Rance E Randle:**
**Manager Rating:** On Target

**Rating by Dan A Fransen:**
**Self Rating:** On Target

**Appraisal by Dan A Fransen:**
Safety -
We started out the year rough in regards to injuries and since that time have made a lot of progress. We have made improvements year over year in regards to reportable injuries with TY&E and MOE. MOW is even year over year but expect to see improvement the rest of the year. Human Factor incidents are even; we have our challenges but in the 2nd half of 2015 we are going to press on Safety Briefings, rebriefing and debriefings as I believe that will help. Decertification are down year over year and will expect that trend to continue. One recent change is in regards to calling out approach signals across the Division that was implemented May 28th and I expect to see positive results from that change. We also are working on a different signal awareness form that will be effective June 29th which will be the standard on the Division. One of our biggest successes through the first half of is been with our reduction in 12 hour crews. We have seen a lot of improvement across the Division; not only in the through freight category but all categories.
We have continued with our monthly goal of a train ride for all locals, road switchers and yard jobs which has helped continue to build relationships.

| Category | 2015 | 2014 |
|---|---|---|
| Reportable Injuries | 11 | 14 |
| TYE | 6 | 7 |
| MOW | 5 | 5 |
| MOE | 0 | 2 |
| Frequency | 2015 | 2014 |
| Total | 0.93 | 1.17 |

2015 Performance and Development Review for Dan A Fransen    Page 2 of 7
YJB - WOOTEN - 4463
BNSF/Wooten (in-camera) - 174
0208-2

| | | |
|---|---|---|
| TYE | 0.93 | 1.04 |
| MOW | 1.08 | 1.12 |
| MOE | 0 | 2.91 |
| Severity | 2015 | 2014 |
| Total | 15.67 | 21.75 |
| TYE | 18.68 | 29.57 |
| MOW | 14.22 | 0.67 |
| MOE | 0 | 84.38 |
| Human Factors | 22 | 22 |
| Decertifications | 11 | 14 |
| Crew | 2015 | Goal |
| CPA | 73% | 85% |
| TPA - Origin | 31% | 80% |
| On Duty Over 12 Hrs | 2015 | Goal |
| Through Freight | 3.9% | 8% |
| Yard | 0.1% | 1% |
| Local | 1.8% | 5% |
| Roadswitcher | 2.3% | 5% |
| Worktrain | 9.8% | 10% |

**Appraisal by Rance E Randle:**
40 injury events versus 44 last year for a 9% reduction. 53REI versus 67 last year for a 20% reduction overall with transportation having 28 versus 26 for a 7% increase.

12 Hour Crews 4.4% YTD for a 66% reduction.



Start Date : 01/01/2015

Due Date : 12/31/2015

2015 Performance and Development Review for Dan A Fransen    YJB - WOOTEN - 4464   Page 3 of 7
BNSF/Wooten (in-camera) - 175
0208-3