

# 2015 Performance and Development Review for Dan A Fransen

**Employee Information**

First Name: Dan
Last Name: Fransen
Title: Gen Mgr Division Operations
Department: OPERATIONS
Reports to: Rance E Randle

PREMOCK
Exhibit No. 209
05/30/18    KRB



2015 Performance and Development Review for Dan A Fransen    YJB - WOOTEN - 4465    Page 1 of 8
BNSF/Wooten (in-camera) - 180
0209-1



## Individual Business Objectives

### 2.1 Safety

**Category:** Individual Business Objectives
**Objective Description and Measure(s) :**  Achieve Reportable Frequency Ratio             **Start Date :** 01/01/2015
 Achieve Severity Ratio
 Achieve Total Frequency Ratio
 Human Factor Incidents – 15% Reduction
 Decertifications – 15% Reduction
 Lineups – Meet CPA / TPA Targets
o CPA – 85%
o Origin TPA – 80%
 12 Hour Crews –
• Thru – 8%
• Local /Roadswitcher – 5%
• Yard – 1%
• Worktrain – 10%
 Ensure monthly oversight with MOP compliance
 Oversight in SIRP process – Interim Protection – Corrective Action - Out of Date SIRPs
 Work with Site Teams / MOS to focus on behavior based Safety
 Relationships
• Through train rides with all local, roadswitcher & yard jobs monthly (in their office)
• All testing requires contact with employee
• Recognition (formal / informal)
 Utilize Remote Desk as additional resource for testing on a Monthly basis
 Support Approaching Others initiative across the Division
Establish Predictive Work where available across the Division
                                                                                                                                                                **Due Date :** 12/31/2015

**Rating by Rance E Randle:**                                              **Rating by Dan A Fransen:**
**Manager Rating:** Exceeds Target                                **Self Rating:** Exceeds Target
**Appraisal by Dan A Fransen:**
Safety -
Throughout the year we have made a lot of progress in regards to Safety. We did not have a good start to the year in the month of January and have since rebounded. We have made improvements in 2015 vs. 2014 and are currently tracking below goal. We have seen improvements in Reportable Injuries in all three crafts including mechanical who is reportable injury free. TY&E has reduced reportable injuries by 44% YTD with 9 vs. 16. MOW has seen a reduction in injuries as well with a reduction of 25% 12 vs. 16. We have also made a nice reduction in total injuries 2015 vs. 2014 with 56 vs. 81, TY&E with 30 vs. 45, MOW with 22 vs. 29 and MOE with 4 vs. 7. We discuss total injuries more and more across the Division as it is about the event not whether reportable or non-reportable. Human Factor incidents are down slightly year over year. We are seeing improvements in locations that we have implemented announcing any switch or derail you handle via radio and must get communication from the

other crew members of this. Decertification are down year over year and believe one of the reason is the change we made with announcing the approach signals across the Division. We also are worked and implemented a different signal awareness form that was effective June 29th which is now the standard on the Division. 12 hour crews have been improved year over year as well with only one area not meeting goal that being Work Trains. We have continued with our monthly goal of a train ride for all locals, road switchers and yard jobs which has helped continue to build relationships. We also have implemented a best practice job briefing sheets for all jobs across the Division with the focus of the briefings being on our Critical Exposures.

| Category | 2015 | 2014 |
|---|---|---|
| Reportable Injuries | 21 | 37 |
| TYE | 9 | 16 |
| MOW | 12 | 16 |
| MOE | 0 | 5 |
| Frequency | 2015 | 2014 |
| Total | 0.87 | 1.36 |
| TYE | 0.76 | 1.09 |
| MOW | 1.11 | 1.46 |
| MOE | 0 | 3.53 |
| Severity | 2015 | 2014 |
| Total | 14.26 | 19 |
| TYE | 14.39 | 23.12 |
| MOW | 25.15 | 7.04 |
| MOE | 0 | 70.5 |
| Category | 2015 | 2014 |
| Total Injuries | 56 | 81 |
| TYE | 30 | 45 |
| MOW | 22 | 29 |
| MOE | 4 | 7 |
| Total Frequency | 2.31 | 2.99 |
| TYE | 2.55 | 3.08 |
| MOW | 2.03 | 2.65 |
| MOE | 2.58 | 4.94 |
| Human Factors | 40 | 47 |
| Decertifications | 21 | 34 |
| Crew | 2015 | Goal |
| CPA | 71% | 85% |
| TPA - Origin | 30% | 80% |
| On Duty Over 12 Hrs | 2015 | Goal |
| Through Freight | 6.7% | 8% |
| Yard | 0.1% | 1% |
| Local | 2.5% | 5% |
| Roadswitcher | 2.2% | 5% |
| Worktrain | 12.3% | 10% |

Appraisal by Rance E Randle:

61 injury events versus 91 last year resulting in 31 less people being impacted by an injury on the Montana Division. Lost and restricted days did increase however as you state we manage and reduce exposure driving a reduction in injuries and the severity will come along with the reduction in injuries. 79 REI versus 112 last year for an overall reduction of 33 events with transportation having 43 versus 51 a reduction of 8 events.

Overall reduction of 64 risk events is significant improvement. As you state still areas that require work and you have the team focused on those areas. I am confident you have the team pointed in the right direction. The intentional efforts to connect with people in their work environment and do everything in our control to meet the needs of our employees is the path to safety excellence.

2015 Performance and Development Review for Dan A Fransen   YJB - WOOTEN - 4467
Page 3 of 8
BNSF/Wooten (in-camera) - 182
0209-3