IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

MAY 29 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| ZACHARY WOOTEN, | CV 16–139–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| BNSF RAILWAY COMPANY, a Delaware corporation, | |
| Defendant. | |

Before the Court is the Parties' Joint Motion to Approve Sufficiency of Bond Amount and For Stay or Proceedings to Enforce Judgment (Doc. 344). Pursuant to Federal Rule of Civil Procedure 62(b), the Parties seek approval of a supersedeas bond in the amount of $3,500,000.00 and a stay of the enforcement of judgment in this case through appeal to the Ninth Circuit. Because the Parties are in agreement as to the sufficiency of the bond amount,

IT IS ORDERED that the Motion (Doc. 344) is GRANTED. A Supersedeas Bond in the amount of $3,500,000.00 is APPROVED and proceedings to enforce judgment are STAYED pending resolution of the appeal to the Ninth Circuit.

DATED this 29th day of May, 2019.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court