UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 05 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

ZACHARY WOOTEN,

         Plaintiff - Appellee,

  v.

BNSF RAILWAY COMPANY, A
Delaware Corporation,

         Defendant - Appellant.

No. 19-35431

D.C. No. 9:16-cv-00139-DLC
U.S. District Court for Montana,
Missoula

**MANDATE**

---

The judgment of this Court, entered June 22, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $113.10.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7